

1998 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-11-1998

# Armstrong v. Dwyer

Precedential or Non-Precedential:

Docket 97-5388

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1998

Recommended Citation
"Armstrong v. Dwyer" (1998). *1998 Decisions.* Paper 227.
http://digitalcommons.law.villanova.edu/thirdcircuit_1998/227

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1998 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

```
            UNITED STATES COURT OF APPEALS
              FOR THE THIRD CIRCUIT




                    No. 97-5388
              In Re: Armstrong vs. Dwyer


     The following modifications have been made to the Court's
opinion issued on August 31, 1998 in the above-entitled appeal
and will appear as part of the final version of the opinion:


On page 17, last paragraph, third line, "were" should be "was".



                              /s/ P. Douglas Sisk,
                                      Clerk




September 11, 1998
```